(89 South. 395)

## Ex parte STATE ex rel. ATTORNEY GENERAL.

## STEWART v. STATE.

## (6 Div. 423.)

(Supreme Court of Alabama. April 21, 1921.)

Certiorari to Court of Appeals.

William E. Stewart was convicted of murder in the second degree, but his conviction was reversed by the Court of Appeals (89 South. 391), and the State, on relation of its Attorney General, petitions for certiorari. Writ denied.

Harwell G. Davis, Atty. Gen., and Ben G. Perry, of Bessemer, for appellant.

Goodwyn & Ross, of Bessemer, for appellee.

PER CURIAM. Petition by the State of Alabama, on the relation of its Attorney General, for certiorari to Court of Appeals, to review and revise the judgment of said court rendered in the appeal in William E. Stewart v. State of Alabama, 89 South. 391. Writ denied.